# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, P.O. Box 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6395

March 29, 2011

**VIA ECF and COURTESY COPY VIA ELECTRONIC MAIL**
Honorable Lois Goodman, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Re: **King Pharmaceuticals, Inc., et al. v. Sandoz Inc.**
**Civil Action No. 10-3568 (MLC)(LGH)**

Dear Judge Goodman:

With consent of all parties, please find enclosed a proposed Stipulation Amending Scheduling Order for Your Honor's consideration. If same is acceptable we respectfully request that you enter the Order and forward to the Clerk for filing.

Respectfully submitted,

HILL WALLACK LLP

/s/CHRISTINA SAVERIANO
CHRISTINA SAVERIANO

Cc:     Counsel of Record via electronic mail

{02366641}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KING PHARMACEUTICALS, INC. and MERIDIAN MEDICAL TECHNOLOGIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-cv-03568 (MLC)(LHG) |
| v. | ) ) ) | |
| SANDOZ INC., | ) ) ) | |
| Defendant. | ) ) ) ) | |

## STIPULATION AMENDING SCHEDULING ORDER

Pursuant to the Court's instructions during the status call of March 8, 2011, the parties submit this further revised schedule that modifies previously revised dates in this Action:

IT IS HEREBY STIPULATED AND AGREED THAT:

The following dates will apply in this Action:

| Event | Deadline |
|---|---|
| Parties to finalize key word search terms | March 11, 2011 |
| Noninfringement/Invalidity Contentions due | March 14, 2011 |
| Last day for Plaintiffs to object/respond to Sandoz's First Set of Requests for Production and Interrogatories | April 1, 2011 |
| Plaintiffs to identify asserted claims for the '432 patent | April 1, 2011 |
| Infringement Contentions due for the '432 patent | April 11, 2011 |
| Exchange of Proposed Terms for Construction (8(a)) | April 26, 2011 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (9(a)) | May 13, 2011 |

| | |
|---|---|
| Telephone Conference with Magistrate Judge Lois H. Goodman | May 24, 2011 |
| Joint Claim Construction and Prehearing Statement due (10) | June 10, 2011 |
| Completion of Claim Construction Discovery (11) | July 1, 2011 |
| Opening *Markman* submissions due (12(a)) | July 29, 2011 |
| *Markman* discovery due (12(b)) | August 19, 2011 |
| Responding *Markman* submissions due (12(c)) | September 15, 2011 |
| Confer with opposing counsel regarding *Markman* schedule (13) | September 23, 2011 |

MCCARTER & ENGLISH, LLP
*Attorneys for Plaintiffs King*
*Pharmaceuticals, Inc. and Meridian Medical* HILL WALLACK LLP
*Technologies, Inc.*                        *Attorneys for Defendant Sandoz Inc.*


/s/John E. Flaherty                    /s/Eric I. Abraham
John E. Flaherty                       Eric I. Abraham

Four Gateway Center                    202 Carnegie Center, CN 5226
100 Mulberry Street                    Princeton, NJ  08543
Newark, NJ  07102                      Tel:  (609) 734-6358
Tel:  (973) 622-4444                   Fax:  (609) 452-1888
Fax:  (973) 644-7070                   Email:  eia@hillwallack.com
Email: jflaherty@mccarter.com
                                       Dated: March 29, 2011
Dated: March 29, 2011
                                       *Of Counsel:*
*Of Counsel:*
                                       Jeffrey R. Gargano
Bradford J. Badke                      Peter M. Siavelis
Sona De                                Matthew J. Gryzlo
ROPES & GRAY LLP                       Kevin P. Shortsle
1211 Avenue of the Americas            Rita J. Yoon
New York, NY  10036                    MCDERMOTT WILL & EMERY LLP
Tel:  (212) 596-9000                   227 West Monroe Street, Suite 4400
Fax:  (212) 596-9090                   Chicago, IL  60606-5096
                                       Tel:  (312) 372-2000
Richard T. McCaulley, Jr.              Fax:  (312) 984-7700
ROPES & GRAY LLP
111 South Wacker Drive, 46th Floor
Chicago, IL  60606
Tel:  (312) 845-1200
Fax:  (312) 845-5531


**SO ORDERED:**



_____

LOIS H. GOODMAN, U.S.M.J.

Date: _____